UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

FRANK VERESS

        Plaintiff,

                                                  **8:15 Civ. 01510-DNH-CFH**

- against -

JIM ENGLEKING TRUCKING SERVICES, INC.     **RULE 41 STIPULATION**
and JERRY R. STALLINGS                             **OF DISMISSAL WITH**
                                                  **PREJUDICE**

        Defendants.

---

        **IT IS HEREBY STIPULATED AND AGREED** by and among the undersigned attorneys for all parties hereto, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), that this action, including all claims, third-party claims, and cross-claims, is hereby dismissed in its entirety with prejudice and without costs or attorney's fees to any party.

Dated: Albany, New York
          March 7, 2016

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: March 24, 2016
        Utica, NY

CONWAY & KIRBY, PLLC

_____
Andrew W. Kirby, Esq.
9 Cornell Road
Latham, New York 12110
Tel. No.: (518) 533-1050

Paul Frank & Collins

_____
David M. Pocius, Esq.
1 Church Street
Burlington, Vermont 05401
Tel. No.: (802) 658-2311